**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| v. | ) Case No. 19-mj-06087-MPK |
|  | ) |
| GREGORY ABBOTT, et al., | ) |
|  | ) |
| Defendants. | ) |

## DEFENDANT PETER SARTORIO'S MOTION TO CONTINUE

Defendant Peter Sartorio respectfully requests that the Court continue the date of his initial appearance from April 3, 2019, to April 30, 2019, as convenient for the Court. As grounds for this Motion, Defendant states that he intends to plead guilty to an Information that the government has advised it will file prior to April 30, 2019. The government has advised defense counsel that it takes no position on this Motion

WHEREFORE, defendant respectfully requests that the Court continue defendant Peter Sartorio's initial appearance to April 30, 2019, as convenient for the Court.

Respectfully submitted,

PETER SARTORIO

By his attorneys,

*/s/ Peter K. Levitt*
Peter K. Levitt (BBO# 565761)
Nicholas Ramacher (BBO# 680258)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin St., Suite 1600
Boston, Massachusetts 02110
(617) 720-2880
pkl@dcglaw.com
njr@dcglaw.com

April 3, 2019

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)

I hereby certify that counsel for the defendant and counsel for the government conferred and have attempted in good faith to resolve or narrow the issue presented in this motion as required by District of Massachusetts Local Rule 7.1(a).

/s Peter K. Levitt
Peter K. Levitt

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Peter K. Levitt
Peter K. Levitt

Dated: April 3, 2019